## IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SOLOMON LESEAN HUFF, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIV-07-1120-R |
| | ) |
| CLINTON POLICE DEPARTMENT, et al., | ) |
| | ) |
| Defendants. | ) |

### ORDER

Plaintiff filed this action pursuant to 42 U.S.C. § 1983, alleging the violation of his constitutional rights by the Clinton Police Department and the Custer County Sheriff. Pursuant to 28 U.S.C. § 636(b)(1)(B), the matter was referred to United States Magistrate Judge Robert E. Bacharach for preliminary proceedings. On November 6, 2007, Judge Bacharach issued a Report and Recommendation, wherein he recommended that the case be dismissed without prejudice, because Plaintiff had failed to pay $6.40 to the Court as Judge Bacharach had previously ordered. The record reflects that Plaintiff has not objected to the Report and Recommendation within the time limits prescribed therein, nor has he sought an extension of time in which to object, nor has he paid the initial filing fee of $6.40. Accordingly, the Court hereby ADOPTS the Report and Recommendation in its ENTIRETY. This action is hereby DISMISSED without prejudice.

**IT IS SO ORDERED** this 27th day of November 2007.

_____
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE